UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HECTOR RINCON,  :

          Petitioner,  :

    -against-  :    ORDER
                                                                   08 Civ. 3776 (JSR)(KNF)

WARDEN,  :

          Respondent.  :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/23/08

KEVIN NATHANIEL FOX,
UNITED STATES MAGISTRATE JUDGE

    HECTOR RINCON has petitioned this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, I have considered the petition preliminarily and direct that:

(1)     The respondent shall serve and file an answer or other response on or before June 30, 2008. The answer shall include such information as may be necessary for this Court to ascertain whether the petitioner has exhausted his state court remedies. Transcripts of all relevant proceedings, the briefs submitted on appeal, and the record in any state post-conviction proceedings shall be submitted by the respondent in conjunction with the answer; and

(2)     the petitioner may serve and file a reply on or before July 31, 2008.

(3)     Should the respondent determine to move with respect to the petition:

    (a)     the motion may be served and filed on or before June 30, 2008;

    (b)     the petitioner may serve and file any response to the motion on or before July 31, 2008;

    (c)     any reply may be served and filed on or before August 31, 2008; and

1

(d) should the petitioner fail to serve and file any response to the motion, or fail to seek an extension of the time in which to do so, the Court shall consider the respondent's motion to be unopposed.

The Clerk of the Court is directed to serve, by Certified Mail, Return Receipt Requested, a copy of this Order and the underlying petition on counsel for the respondent, Andrew M. Cuomo, Attorney General of the State of New York, attention "Section H."

Dated: New York, New York
      May 23, 2008                    SO ORDERED:

                                                  _____
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

Hector Rincon