

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**MEMO ENDORSED**

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

(212) 416-6173

June 27, 2008

Hon. Kevin N. Fox
United States Magistrate Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 540
New York, NY 10007



Re: <u>Hector Rincon v. Warden</u>, 08 Civ. 3776 (JSR)(KNF)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. By Order dated May 23, 2008, Your Honor directed respondent to file a response to the above-referenced petition by June 30, 2008.

    Although my office promptly ordered the state court records, we only received the trial transcript last week. I have not had an opportunity to review the state court records and the transcripts to make sure that they are complete, and brief the pertinent issues for Your Honor's consideration. At present, I have been assigned eight other active federal habeas corpus matters, and I have been directed to file responses in four of these matters by the end of July 2008. In addition, I have been directed to file a post hearing memorandum of law by July 2, 2008. In mid-August through Labor Day, I have a family vacation planned with my seven year old son out of state. For these reasons, I respectfully request an enlargement of time until September 25, 2008.

Hon. Kevin N. Fox, U.S.M.J.
June 27, 2008
Page 2

    Mr. Rincon is incarcerated, and I have not spoken to him regarding this request for an enlargement of time. This is the first request for an extension of time in this matter.

    Although respondent is requesting an enlargement to September 25, 2008 to file a response, if a response can be filed earlier, it will be.

    Thank you for your consideration.

<div style="margin-left:50%">
Respectfully submitted,

*[signature]*

Thomas B. Litsky (TL-8976)
Assistant Attorney General
120 Broadway
New York, NY 10271
</div>

cc: Hector Rincon
    05-A-1835
    Woodbourne Correctional Facility
    Riverside Drive
    Woodbourne, New York 12788

---

6/30/08

*Application granted. On or before September 25, 2008, the respondent shall serve and file an answer to the petition. On or before October 27, 2008, the petitioner shall serve and file any reply.*

**SO ORDERED:**

*[signature]*

Hon. Kevin Nathaniel Fox
United States Magistrate Judge